IN THE UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID S. WELSH, II | ) | CASE NO. 1:17-cv-00381-TSB |
| | ) | |
| Plaintiff, | ) | JUDGE TIMOTHY S. BLACK |
| | ) | |
| -vs- | ) | STIPULATION OF DISMISSAL WITH |
| | ) | PREJUDICE |
| DEI INCORPORATED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME Plaintiff David S. Welsh, II and Defendants DEI Incorporated and Richard

D. Grow, each by their respective counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby

stipulate to the voluntary dismissal, with prejudice, of all claims that any party has asserted against

any other party in this case.

Respectfully submitted,

HENDERSON, COVINGTON,
MESSENGER,
  NEWMAN & THOMAS CO., L.P.A.

/s/ Richard J. Thomas
Richard J. Thomas (0038784)
Jerry R. Krzys (0078013)
HENDERSON, COVINGTON,
MESSENGER,
  NEWMAN & THOMAS CO., L.P.A.
6 Federal Plaza Central, Suite 1300
Youngstown, Ohio 44503
Telephone: (330) 744-1148
Facsimile: (330) 744-3807
rthomas@hendersoncovington.com
jkrzys@hendersoncovington.com
*Attorneys for Plaintiff David S. Welsh, II*

REMINGER CO., LPA

/s/ Ian D. Mitchell
Joseph W. Borchelt, Esq. (0075387)
Ian D. Mitchell, Esq. (0090643)
525 Vine St., Suite 1700
Cincinnati, OH 45202
Telephone: 513-721-1311
Facsimile: 513-721-2553
JBorchelt@reminger.com
IMitchell@reminger.com
*Counsel for Defendants DEI, Inc. and*
*Richard D. Grow*

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on January 25, 2018, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

<u>/s/ Richard J. Thomas</u>
*Attorneys for Plaintiff David S. Welsh, II*